PROB 12B
(7/93)

Report Date: May 29, 2008

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 09 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Daniel Sanchez                Case Number: 2:01CR02120-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 9/3/2002              Type of Supervision: Supervised Release

Original Offense: Conspiracy to Possess with the        Date Supervision Commenced: 7/25/2005
Intent to Distribute and to Distribute Cocaine, 21
U.S.C. § 846; Possession of Cocaine, 21 U.S.C. §
844; Unlawful Use of a Communications Facility to
Facilitate the Distribution of a Controlled Substance,
21 U.S.C. § 843(b)

Original Sentence: Prison - 48 Months; TSR - 36        Date Supervision Expires: 7/24/2008
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15      You shall complete 40 hours of community service work, at the rate of not less than 20 or more hours per
        month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to
        be completed no later than 7/11/2008.

### CAUSE

Daniel Sanchez has been on supervised release for 34 months and this is his first violation process. On May 8, 2008,
Mr. Sanchez was arrested by the Washington State Patrol for driving under the influence and having an open
alcoholic container in his vehicle. Mr. Sanchez has his next court appearance for his new charges on June 4, 2008
and June 17, 2008. His driving under the influence offense is of a serious nature; however, making him serve his
community will assist in making him accountable for violating his supervision requirements of having law-abiding
behavior. He will also be required to begin random drug testing again for the remainder of his supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   *May 29, 2008*

                *SanJuanita B Coronado*

                SanJuanita B Coronado
                U.S. Probation Officer

Prob 12B
**Re:  Sanchez, Daniel**
**May 29, 2008**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[ ✓ ]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

6/9/2008
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

15    You shall complete 40 hours of community service work, at the rate of not less than 20 or more hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than 7/11/2008.

Witness:  _SanJuanita B Coronado_
SanJuanita B Coronado
U.S. Probation Officer

Signed:  x _Daniel Sanchez_
Daniel Sanchez
Probationer or Supervised Releasee

_May 27, 2008_
Date